```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE RUIZ,                                                  :
                                                            :
                                Plaintiff,                  :
                                                            :         22-CV-10777 (VSB)
                -against-                                   :
                                                            :              ORDER
CREDIT AGRICOLE CORPORATE AND                               :
INVESTMENT BANK, et al.,                                    :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, District Judge:

On May 13, 2024, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby:

ORDERED that by May 20, 2024, the parties file a proposed amended case management plan and scheduling order.

SO ORDERED.

Dated: May 14, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Vernon S. Broderick
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge