USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RUIZ,

   Plaintiff,

 -against-

CREDIT AGRICOLE CORPORATE AND
INVESTMENT BANK, et al.,

   Defendant.

22-CV-10777 (VSB) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

 The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A), including the specific pretrial dispute outlined by the parties in their letters at Dkts. 44-45.

## Specific Non-Dispositive Motion/Dispute

 On December 23, 2024, defendant Tony Botting filed a letter "to request a telephone conference with the Court concerning plaintiff Jose Ruiz's failure to prosecute this action." (Dkt. 44 at 1.) On December 24, 2024, plaintiff filed a letter in opposition. (Dkt. 45.) On December 26, 2024, the Hon. Vernon S. Broderick, United States District Judge, ordered, "Before addressing this dispute with the Magistrate Judge, the parties shall meet and confer in accordance with FRCP 37(a)(1)." (December 26 Order) (Dkt. 46.) The parties have not contacted Judge Moses since the December 26 Order. Therefore, no later than **January 15, 2025**, the parties must meet and confer in **real time** (*i.e.*, in person or by telephone), and submit a joint letter advising the Court of any developments since the parties' December 23 and 24 letters, including which issues remain to be resolved.

**General Pretrial Management**

All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

Parties and counsel are cautioned:

1. Once a discovery schedule has been issued, all discovery must be initiated in time to be concluded by the close of discovery set by the Court.

2. Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. It is the Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless a party requests or the Court requires more formal briefing. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery may be denied as untimely.

3. For motions other than discovery motions, pre-motion conferences are not required, but may be requested where counsel believe that an informal conference with the Court may obviate the need for a motion or narrow the issues.

4. Requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

5. In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-

motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

6. If you are aware of any party or attorney who should receive notice in this action, other than those currently listed on the docket sheet, please notify Courtroom Deputy Tamika Kay at (212) 805-0228 immediately.

7. Counsel for the plaintiff must serve a copy of this Order on any defendant previously served with the summons and complaint, must serve this Order along with the summons and complaint on all defendants served hereafter, and must file proof of such service with the Court.

Dated: New York, New York  
       January 10, 2025

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**