USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/17/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RUIZ,

        Plaintiff,

  -against-

CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, et al.,

        Defendant.

22-CV-10777 (VSB) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will hold a conference on **January 27, 2025, at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Counsel should be prepared to discuss the remaining disputes outlined in the parties' joint letter dated January 16, 2025. (Dkt. 50.)

Dated: New York, New York
       January 17, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**