```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RUIZ,

        Plaintiff,

  -against-

CREDIT AGRICOLE CORPORATE AND
INVESTMENT BANK, et al.,

        Defendant.

22-CV-10777 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's discovery conference, it is hereby ORDERED that:

1. Document Production

    a. No later than **February 15, 2025**, all parties must produce all remaining non-privileged documents within their possession, custody, and control that are responsive to the document requests served upon them, and not subject to any valid objection. *See* Fed. R. Civ. P. 34(b).

    b. Any letter-motion by plaintiff to compel additional discovery from defendant Anthony Botting must be made no later than **February 15, 2025**, in compliance with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices.

2. Depositions

    a. Plaintiff's deposition must take place no later than **March 14, 2025**, at a time and place to be agreed upon by counsel.

    b. Defendant Botting's remote deposition must take place no later than **March 14, 2025**, at a time agreed upon by counsel.

    c. Plaintiff having failed to notice any depositions to date, and having identified only defendant Botting as a proposed deponent, may not notice any additional depositions.

3. Discovery Deadline

    The deadline to complete all discovery is hereby EXTENDED to **March 14, 2025**, for the limited purposes set forth above.

4. <u>Status Conference</u>

Judge Moses will hold a status conference on **March 19, 2025, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. No later than **March 17, 2025**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts.

Dated: New York, New York
       January 27, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**