USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RUIZ,

        Plaintiff,

  -against-

CREDIT AGRICOLE CORPORATE AND
INVESTMENT BANK, et al.,

        Defendant.

22-CV-10777 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      By letter dated February 15, 2025, plaintiff requests a discovery conference concerning a dispute between plaintiff and defendant Tony Botting, or, in the alternative, leave to file a motion to compel. (Dkt. 53.) Defendant Botting's time to respond has run, *see* Moses Indiv. Prac. § 2(e), but he has not filed any opposition. Defendant Botting must respond to plaintiff's letter-motion no later than **February 27, 2025**. Thereafter, the Court will consider the motion unopposed.

Dated: New York, New York
       February 25, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**