```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RUIZ,

        Plaintiff,

-against-

CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, et al.,

        Defendants.

22-CV-10777 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Due to construction in Courtroom 20A, the status conference scheduled for March 25, 2025, at 11:00 a.m., will be held in **Courtroom 18D**, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
       March 14, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**