USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RUIZ,

    Plaintiff,

 -against-

CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, et al.,

    Defendant.

22-CV-10777 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

 For the reasons discussed on the record during today's conference, it is hereby ORDERED that plaintiff's motion to compel discovery (Dkt. 53) is GRANTED, as follows:

1. Defendant Botting must produce all non-privileged documents responsive to Request for Production (RFP) No. 13, modified as follows: All documents concerning (a) the reasons for and (b) any agreements or proposed agreements regarding the termination of Botting's employment with CACIB [i.e., defendant Crédit Agricole Corporate & Investment Bank].

2. Defendant Botting must produce all non-privileged documents responsive to RFP Nos. 15 and 16, as written.

3. The temporal scope of plaintiff's document requests is January 1, 2015 to the present.

4. Before producing the responsive documents, defendant Botting may redact or anonymize all individually identifiable information in those documents concerning persons entitled to protection under the United Kingdom's General Data Protection Regulation (GDPR). Plaintiff shall be responsible for paying one-third of the incremental costs reasonably incurred to comply with the GDPR. Plaintiff is not required to pay any portion of the ordinary costs that would be incurred to search for, review, and produce responsive documents in a non-GDPR jurisdiction.

5. Defendant Botting must produce the documents required by this Order no later than **May 27, 2025**. Plaintiff must conduct Botting's deposition **within two weeks** of Botting's document production.

Dated: New York, New York
   March 25, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**