

**APPLICATION GRANTED SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 9/18/2025

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Herbert Smith Freehills Kramer New York LLP
1177 Avenue of the Americas
New York, NY 10036
USA
T  +1 917 452 7866
F  +1 212 715 8000
E  tyler.hendry@hsfkramer.com
www.HSFKramer.com

Date
September 16, 2025

**Re: Ruiz v. Credit Agricole Corporate and Investment Bank, et al; Case No. 1:22-cv-10777 (VSB/BCM) — Request for Extension and Revised Summary Judgment Briefing Schedule**

Dear Judge Broderick:

Pursuant to Rule 1(G) of Your Honor's Individual Practices in Civil Cases, the parties write jointly to request a three-week extension of the September 30, 2025 summary judgment briefing deadline and a revised briefing schedule.

This request is necessary for several reasons:

- Defendants are planning to submit a single, joint summary judgment motion rather than two separate motions. Additional time is needed to coordinate and prepare this joint submission.
- The upcoming Jewish holidays fall within the current briefing schedule, and some counsel and parties observing these holidays will have limited availability.
- Two key CACIB contacts are on leave during the upcoming weeks and therefore unavailable for consultation.
- Counsel have scheduling conflicts due to the conclusion of discovery in other matters during the same timeframe.

We have conferred with Plaintiff's counsel regarding this request. They do not object, and the parties have agreed to the following revised briefing schedule.

    Defendants' summary judgment motion: October 21, 2025

    Plaintiff's opposition: December 12, 2025

Herbert Smith Freehills Kramer LLP and its affiliated and subsidiary businesses and firms, Herbert Smith Freehills Kramer (US) LLP and its affiliate, and Herbert Smith Freehills Kramer, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills Kramer.

In New York, we practice through both Herbert Smith Freehills Kramer New York LLP, a limited liability partnership registered in England and Wales with registered number OC375072 and Herbert Smith Freehills Kramer (US) LLP, a registered limited liability partnership organized under the laws of the State of New York with an office at 1177 Avenue of the Americas, New York, NY 10036. In Washington, D.C. and California, we practice through Herbert Smith Freehills Kramer (US) LLP. We use the word partner of Herbert Smith Freehills Kramer New York LLP or of Herbert Smith Freehills Kramer (US) LLP to refer to a member of those entities, or an employee or consultant with equivalent standing and qualifications.

**HERBERT SMITH FREEHILLS KRAMER**

Date
September 16, 2025
Letter to
Judge Broderick

Defendants' reply: January 13, 2026

This is the first request for an extension of this deadline.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Tyler Hendry
Tyler Hendry
Herbert Smith Freehills Kramer NY LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (917) 542-7600
Fax: (917) 542-7601
Tyler.Hendry@hsfkramer.com

cc: Counsel of Record (by ECF)

2