

VIA ECF
Hon. Vernon S. Broderick
United States District Court, S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Herbert Smith Freehills Kramer New York LLP
1177 Avenue of the Americas
New York, NY 10036
USA
T  +1 212 715 9100
F  +1 212 715 8000
D  +1 917 542 7866
E  Tyler.Hendry@hsfkramer.com
www.HSFKramer.com

Date
February 10, 2026

Re:     *Ruiz v. Crédit Agricole Corp. & Inv. Bank et al.*, No. 22-cv-10777 (VSB)(BM)
        **Letter Motion for Extension of Time to File Reply to Plaintiff's Opposition to Motion for Summary Judgment**

Dear Judge Broderick:

We represent Defendant Crédit Agricole Corporate and Investment Bank in the above-referenced matter. Pursuant to Rule 1(G) of Your Honor's Individual Rules & Practices in Civil Cases, we write jointly with Defendant Anthony Botting (collectively, Defendants) and respectfully submit this letter motion for an extension of the deadline for Defendants to submit their reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment from February 20, 2026 to March 13, 2026. The need for additional time arose from unplanned client and attorney leaves and conflicting deadlines in other matters, including simultaneously preparing a separate summary judgment motion in another litigation, which is also due on March 13, 2026.

Counsel for the Plaintiff has consented to this extension. This is Defendants' first request for an extension of the filing deadline.

Respectfully submitted,

/s/ Tyler T. Hendry

Tyler T. Hendry

cc: Counsel of Record (via ECF)

> **APPLICATION GRANTED**
> **SO ORDERED** *[signature]*
> **VERNON S. BRODERICK**
> **U.S.D.J.** 2/11/2026

Herbert Smith Freehills Kramer LLP and its affiliated and subsidiary businesses and firms, Herbert Smith Freehills Kramer (US) LLP and its affiliate, and Herbert Smith Freehills Kramer, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills Kramer.

In New York, we practice through both Herbert Smith Freehills Kramer New York LLP, a limited liability partnership registered in England and Wales with registered number OC375072 and Herbert Smith Freehills Kramer (US) LLP, a registered limited liability partnership organized under the laws of the State of New York with an office at 1177 Avenue of the Americas, New York, NY 10036. In Washington, D.C. and California, we practice through Herbert Smith Freehills Kramer (US) LLP. We use the word partner of Herbert Smith Freehills Kramer New York LLP or of Herbert Smith Freehills Kramer (US) LLP to refer to a member of those entities, or an employee or consultant with equivalent standing and qualifications.